UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
KALAMAZOO DIVISION

COLE STOKER-LUSBY

    Plaintiff,

-vs-                                      CASE NO.:  1:19-CV-00461-JTN-ESC

SIRIUS XM RADIO, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, COLE STOKER-LUSBY, by and through his undersigned attorneys, hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to all parties of record.

                                                */s/ Jason R. Derry, Esquire*
                                                Jason R. Derry, Esquire
                                                Florida Bar No.: 0036970
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 257-0577
                                                jderry@ForThePeople.com
                                                jkneeland@ForThePeople.com
                                                lstokes@ForThePeople.com
                                                *Attorney for Plaintiff*